UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA FENDLEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:21-cv-1400-GMB |
| BLUES BOURBON AND BLUES, LLC, | ) |
| Defendant. | ) |

## **ORDER**

Before the court is Plaintiff's Notice of Dismissal without Prejudice. Doc. 7. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before an opposing party answers the complaint or files a motion for summary judgment.  Here, Defendant has not answered the complaint or filed a motion for summary judgment.  Plaintiff's voluntary dismissal therefore is appropriate.  Accordingly, this case is DISMISSED WITHOUT PREJUDICE.

DONE and ORDERED on December 28, 2021.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE